AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

### for the
### Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

6/1/22

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>INFORMATION ASSOCIATED WITH DISCORD<br>UID: 710843828512489593, THAT IS STORED AT<br>PREMISES CONTROLLED BY DISCORD, INC. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 3:22-mj-177

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875 | Interstate Threats |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jennifer Gregory Hall, FBI SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____Telephone_____ *(specify reliable electronic means)*.

Date: June 1, 2022

City and state: Dayton, Ohio

Caroline H. Gentry
United States Magistrate Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH DISCORD UID: 710843828512489593 THAT IS STORED AT PREMISES CONTROLLED BY DISCORD, INC. | Case No. 3:22-mj-177 _____ |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, **Special Agent Jennifer Gregory Hall**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for information associated with Discord user ID: 710843828512489593 which is stored at premises owned, maintained, controlled, or operated by Discord, Inc. ("Discord"), an electronic communications service and remote computing service provider headquartered at 4440 De Haro Street, San Francisco, California 94107.  The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Discord, Inc. to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), Cincinnati Division. I have been employed as a Special Agent with the FBI since March 1998.  I have received training in criminal and national security investigations.  I have conducted investigations related to drug trafficking, firearms, violent crimes, criminal enterprises, international terrorism, domestic

terrorism, white-collar crimes, and public corruption. As part of those investigations, I have participated in physical surveillance, records analysis, Title IIIs, worked with informants to include controlled drug and firearm purchases, conducted interviews, served court orders and subpoenas, authored and executed search and arrest warrants, and testified before grand juries and in trial. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

3.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.    Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of **Tile 18 U.S.C. § 875 (Interstate Threats)** have been committed by the user of the Discord account UID 710843828512489593. There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

## **JUSTIFICATION**

5.    Based on my training and experience, I am aware individuals often use private social media messaging applications, such as Discord, when discussing actions that may constitute a criminal offense. Discord privacy settings also allow individuals to block or hide messages from individuals, including from law enforcement. This is especially common when engaging in what may be deemed a criminal offense or violation.

6.      This application for a search warrant seeks information associated with the following accounts (collectively, the "Target Accounts"):

   a.   Information associated with Discord User ID 710843828512489593, (a User ID which has been associated with multiple username including, but not necessarily limited to: pERsonal#4574, Question mark#6270, Hatred#4574 (User ID: 710843828512489593), and Autistic Caricature. All  associated with blackpill.club user Ismail Ax/Nihilistcorpse), which is stored at the premises owned, maintained and operated by Discord, a company headquartered at 444 De Haro Street, San Francisco, California 94107 ("Target Account).

7.      Beginning at a time yet unknown through the commission of the crime or crimes listed below, the Target Accounts were controlled and utilized by blackpill.club user Ismail Ax/Nihilistcorpse ("Target Account").

## JURISDICTION

8.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(I)(A), & (c)(l)(A).  Specifically, the Court is "a district court of the United States…which has jurisdiction over the offense being investigated," 18 U.S.C. § 2711(3)(A)(i).

## DEFINITIONS

9.      Discord is a free voice, video, and text chat application accessible via mobile device or web browser.  The chats are hosted on servers, the majority of which are private and invite-only.  There are also larger, more open communities, generally centered around specific topics.

10. The following definitions, inclusive of all definitions contained in 18 U.S.C. § 2256, apply to this affidavit and the attachments incorporated herein:

a. "Internet Service Providers" (ISPs) are commercial organizations that provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers, including access to the Internet, web hosting, email, remote storage, and co-location of computers and other communications equipment. ISPs can offer various means by which to access the Internet, including telephone-based dial-up, satellite-based internet access, dedicated circuitry, or broadband-based access via a digital subscriber line (DSL) or cable television lines. ISPs typically charge a fee, based upon the volume of data, commonly referred to as bandwidth, in addition to the type of connection the connection supports. Many ISPs assign each subscriber an account name, such as a username or screen name, as well as an email address and an email mailbox, and the subscriber typically creates a password for the subscriber account. By using a computer equipped with a telephone (dial-up) or cable modem, the subscriber can establish communication with the ISP, and can access the Internet by means of a combination of the user account name and password.

b. "Internet Protocol address" or "IP address" refers to a unique number used by a computer or electronic device to access the Internet. IP addresses can be dynamic, meaning the Internet Service Provider (ISP) assigns a different unique number to a computer when it accesses the Internet. IP addresses may also be static, which means the ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

4

c. "Mobile applications" or "mobile apps" are computer programs or software applications specifically designed to run on mobile devices (e.g., smartphones, tablets, e-readers, etc.). Mobile applications are generally downloaded from application distribution platforms operated by specific mobile operating systems, like App Store (Apple mobile devices) or Google Play Store (Android mobile devices).

d. "Cloud storage service" refers to a publicly accessible, online storage provider which can be used to store and share files in large volumes. Users of cloud-storage services can share links and associated passwords to their stored files with others to grant access to their file collections. Such services allow individuals to easily access these files through a wide variety of electronic devices such as desktop computers, laptops, mobile phones or tablets, from anywhere. Many services provide free access up to a certain size limit.

e. "Instant messaging" is a type of communication which offers real-time text transmission over the Internet. Instant messaging generally involves short messages which are transmitted between two or more parties. Various social networking, dating and gaming web sites and mobile applications offer instant messaging for users to communicate amongst themselves. More advanced features of instant messaging include push technology to provide real-time text, and the ability to send/receive digital files, clickable hyperlinks, and video chat.

f. A "hash value" is value given to a file or data after a mathematical function converts the data into an alpha-numeric value. A hash value is akin to a digital fingerprint, in that dissimilar data will not produce the same hash value after being

subjected to the same hash algorithm. A hash value is unique to the specific data from which the hash value was generated. Hash values can be used to search for identical data stored on various digital devices, as identical data will have the same hash value.

       g. The terms "records," "documents," and "materials," as used herein, include all information recorded in any form, both visually or aurally, and by any means, whether in handmade form (including, but not limited to: writings, drawings, and paintings), photographic form (including, but not limited to: microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, and photocopies), mechanical form (including, but not limited to: phonograph records, printing, or typing), or electrical, electronic, or magnetic form (including, but not limited to: tape recordings, cassettes, compact discs, electronic, or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks or DVD's, Personal Digital Assistants (PDAs), Multimedia Cards (MMCs), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

11.    Discord, Inc. is a text chat application and digital distribution platform (hereinafter, "Discord") which is designed for the user to create communities centered around a variety of topics of their choosing. Discord also offers a free Voice over Internet Protocol (VoIP) service. The application can be accessed on a desktop web browser, http://discordapp.com, or by downloading the free mobile application for Android, iOS, Linux, macOS, and Windows.

12. Users can also enjoy enhanced features by purchasing Discord Nitro available in a two-tiered platform. Discord Nitro Classic comes with a $5 per month fee that grants the user the ability to change their four-digit username tag, upload files greater than eight megabytes, turn animated GIFs into avatar pictures and emojis, and have improved video quality along with other features. For $10 per month, Discord Nitro Standard offers all the features of Discord Nitro Classic with faster upload speeds and better video quality.

13. Once on Discord, a user can join a "server," (a/k/a chat room) by either searching for one, accepting an invite, or the user can create their own server to allow friends and others to join larger communities to interact together to send and receive instant messages and share digital media files. Discord utilizes the Internet to allow users to communicate directly via voice, video, and text "channels," which are areas for discussions on specific topics within the server, as opposed to discussions within one large live forum. When creating channels in the server, the user can sort the channels by creating a specific "category" to group the channels.

14. On Discord, servers can be created as private or public servers. Private servers are often used for hosting close family or friends or for any communication that requires secrecy. Public servers are regularly utilized as a place to meet and chat with people who share a common interest.

15. A Discord chat room is referred to as a "server" for which users can invite people. When a user invites someone to the server, they will get a link which lets them join the server where they can text or voice chat with others in the room.

16. Discord servers are made up of "channels" through which server members can communicate with one another through text, voice, or video options, such as sharing their computer screens.

17.     Channel categories are a feature of servers allowing the user to organize their channels within each room, for example a category can be "friends," or "social," or "miscellaneous."

18.     When a user creates a Discord server, they can configure different roles for the members of the room, such as creating roles for other administrators and moderators or creating a special role for an active member.  Creating roles make it easier for the user to manage the server and to reward active members by providing different access permissions.

19.     A single user can join up to 100 servers and can change their nickname for each server they join.  A single server can allow up to 500,000 members.

20.     During the account registration process, users are prompted to create a username and password, and are asked to provide an email address and a date of birth.  The email address can be "confirmed," meaning the user verified the email address by clicking a link sent from Discord to the provided email address or "unconfirmed," meaning the email address is invalid, or the user did not click on the link from Discord.  One key feature of Discord is users are not required to provide accurate information during the account registration process.

21.     Upon setting up the account, the selected username is followed by a hashtag and a four-digit number (e.g., username#1234) assigned by Discord.  The username can be the same as another's username, however these users will be differentiated by the four-digit identifier called the "Discord Tag."  The username can be changed after registration; however, the four-digit "tag" remains the same even if the username changes.

22.     A "tag" may only be changed/customized if the user upgrades their account to one of the fee-based plans.  Discord also assigns a user identification number to each account.  This identification number is a unique 18-digit number that cannot be changed.

8

23.     Users can "friend" other Discord users by obtaining their "Discord tag."  Once connected, Discord users can exchange private messages and participate in text and voice chat room communications where image and video files can be shared.

24.     Discord users must acknowledge Discord's Terms of Service and Community Guidelines when creating an account and/or a server.  The Terms of Service specifically state that "you agree not use the Service in order to:  violate any applicable laws or regulations or promote or encourage any illegal activity ... [Discord] rules of use are not meant to be exhaustive, and we reserve the right to determine what conduct we consider to be a violation of the Terms, Community Guidelines, or improper use of the Service and to take action including termination of your Account and exclusion from further participation in the Service."

25.     To combat the criminal activity on its platform, Discord allows users to report other users, by submitting a "Trust & Safety" request, for conduct including harassment, graphic content or illegal pornography, child safety, self-harm, and threatening behavior among others.

26.     Based on my training and experience, I am aware that Discord is a prominent meeting place for individuals seeking to share their Incel violent extremists (IVE) dialog, ideologies, and plans of violence.  I am aware Discord is a preferred platform for violent extremists because the application facilitates anonymous communication through private servers and channels, which assists offenders in avoiding detection by law enforcement.

27.     Based on the following, I believe Ismail Ax/NihilistCorpse used the Discord accounts, pERsonal#4574 (User ID: 710843828512489593), Question mark#6270 (User ID: 710843828512489593), Hatred#4574 (User ID: 710843828512489593), Autistic Caricature including its features, to further his criminal activity and to attempt to prevent detection of his criminal online activity and contacts from law enforcement.

**PROBABLE CAUSE**

29.     On or about February 12, 2021, a foreign law enforcement partner identified the

presumed U.S. based user screenname "NihilisticCorpse" as a user who posted derogatory

information about women, harming himself, obtaining firearms, and committing mass shootings

via social media posts on a known Incel forum, "blackpill.club" (hereinafter, "Blackpill").

30.     Blackpill is chat-room or forum-type website which allows users to create threads,

comment on other users postings, engage in direct messaging between users via mobile devices

or web browser.

31.     Discord is a free voice, video, and text chat application accessible via mobile

device or web browser.  The chats are hosted on servers, the majority of which are private and

invite-only.  There are also larger, more open communities, generally centered around specific

topics.

32.     The involuntary celibate, or "Incel," community is a primarily online community

of individuals who believe society unjustly denies them the sexual or romantic attention to which

they believe they are entitled; they blame social and political movements, such as feminism, for

empowering others to deny them.

<u>Identification and Location of Briano Walker</u>

33.     On or about June 3, 2021, a Confidential Human Source (hereinafter, "CHS-1")

assessed that Blackpill user "NihilisticCorpse" and user "Ismail Ax" were likely the same

individual.  CHS-1 noted that, although "NihilisticCorpse" did not have a Blackpill profile, the

CHS was able to locate posts which referenced "NihilisticCorpse."  In one post, the

"NihilisticCorpse" was hyperlinked, which took CHS-1 to the member page for "Ismail Ax."

34.     On or about June 14, 2021, CHS-1 located and identified "Ismail Ax's" Discord account under username "Question mark#6270" with user ID number 710843828512489593. CHS-1 noted Ismail Ax regularly changed and updated his username.  Much of the conversations they engaged in, Ismail Ax used username pERsonal#4574, Question mark#6270, Hatred#4574, and Autistic Caricature (hereinafter, "Discord account").  CHS-1 understood the user to be the same person as Ismail Ax on Blackpill.  The topics and dialog were similar in nature between the two social media accounts.  Moreover, the conversations between CHS-1 and the Discord user were carried over from Blackpill discussions which allowed for a more intimate setting without fear of being banned by the Blackpill administrators.  Pursuant to a subpoena from law enforcement requesting information related to the pERsonal#4574, Hatred#4574, and Question mark#6270 accounts, Discord provided subscriber information which included the email address redshade2003@gmail.com and telephone number (629) 238-9662.

35.     On or about October 18, 2021, the user of Discord account "It's pERsonal#4574" informed CHS-1 of the following personal information:  he lived with his grandmother and mother, one half-sister was a nurse, and another half-sister worked in psychology.

36.     Valve/Steam provided subscriber information for user ID: 76561199067842034 pursuant to subpoena which included the email address redshade2002@gmail.com and a billing address of "bob smith 650 bonterra boulevard fort wayne, IN US 46845."

37.     Subscriber information provided by Google, Inc. pursuant to subpoena, indicated that:  (a) redshade2002@gmail.com used a given name "We live in SOYciety" and telephone number of (629) 238-9662; and (b) redshade2003@gmail.com used a given name of "MiirikSongPlayer2" and no listed telephone number.

11

38.     Public record searches associated the telephone number (629) 238-9662 to Carlene Bourne.  Also, public records indicated possible associates of Carlene Bourne included Brian Walker, Anthony Duggan, Deborah Callender, and Patricia Sunshine Bourne.

39.     Public record searches reported Deborah Callender had an address of 665 Bonterra Boulevard, Apartment 205, Fort Wayne, Indiana 46845.

40.     Posts on Blackpill indicated Ismail Ax was seven years old in 2008, his mother and birth-father met in the military, and his step-father and birth father passed away.

41.     Records obtained from the Department of Defense (DoD) indicated Carlene A. Bourne was issued a DoD ID on December 14, 1993 and was a military dependent (spouse) of retired U.S. Army service member Patrick J. Bourne.  The records indicated Patrick J. Bourne died on July 13, 2012 and had two children on record, Patricia Sunshine Duggan and Danelle Bourne.  Briano Braveheart Bourne Walker, with date of birth August 27, 2003, was listed as a step-son of Patrick J. Bourne.  Deborah V. Callender was listed as a parent-in-law of Patrick J. Bourne.

42.     Information posted by Ismail Ax on Blackpill indicated his mother immigrated to the United States from the Caribbean ten years prior to his birth.  Posts on the forum indicated his mother's name started with an "A" and his name started with a "B" after his father.  The subject noted his name was the same as his father, but with a "foreign twist."  Several record checks indicated Briano Walker's father's first name was "Brian" and his mother often went by her middle name "Adelis."   Information from Immigration and Customs Enforcement revealed "Carlene Adelis Bourne" immigrated to the United States from Panama in 1994.  An open source search of "Briano Walker" revealed a Hughes Funeral Home and Crematory obituary for Brian

E. Walker who died on October 7, 2017. The article listed Briano Braveheart Walker as the only son of Brian E. Walker.

43. Posts on the forum indicated Ismail Ax has one older half-sister. Several record checks and source reporting indicated Briano Walker had at least one half-sister who is older than he is, is married to a service member named Anthony, and works in psychology. Walker's half-sister, Patricia Sunshine Duggan, is a mental health specialist in Fayetteville, North Carolina. Accurint searches revealed Patricia Duggan had previously shared addresses with Carlene Bourne, Briano Walker, and Deborah Callender. Publicly available social media revealed Patricia's husband, Anthony, is a member of the military.

44. Ismail Ax indicated, in several posts on Blackpill, he lived in a hotel or "one-room" with his mother and another relative.

45. On or about October 20, 2021, Beavercreek Police Department responded to a named hotel in Beavercreek, Ohio to assist with entry into a room. Beavercreek Police were met with a female by the name of Carlene. There was also a second female and a male who was thought to be in his teens. Hotel management decided to evict the three individuals due to their behavior towards hotel employees.

46. An interview with hotel staff (hereinafter, Witness-1) advised the room was rented to Carlene Adelis Bourne. Witness-1 advised the room had three occupants, including two females and one male, who appeared to be related and represented themselves as such. All three occupants were black and the male appeared to be a teenager, described as about 6 feet tall with short brown braids. Ismail Ax indicated in posts on Blackpill he was black and 6 feet tall.

13

47. Bourne, Callender, and Walker subsequently moved to another hotel in Beavercreek, Ohio and resided there until approximately November 4, 2021. On or about that date, FBI observed Bourne, Callender, and Walker in an identified vehicle leave the hotel. They were later observed exiting the vehicle near a motel in Miamisburg, Ohio.

48. On or about November 8, 2021, an employee (hereinafter, Witness-2) confirmed Bourne, Callender, and Walker were staying at the Studio 6 Miamisburg hotel, located in Miamisburg, Ohio. On or about November 19, 2021, another employee (hereinafter, Witness-3) confirmed Carlene Bourne had extended her stay in Room #247. When shown a photograph obtained from Beavercreek Police Department's body worn camera footage, Witness-3 confirmed the individual, believed to be Walker, as the same person Witness-3 had observed in Room #247. Witness-3 also advised Bourne and another older black female came to the lobby to make the payment. While making the payment, Bourne told Witness-3 she had immigrated from Jamaica.

49. On or about January 4, 2022, Ismail Ax, in a Blackpill post, indicated he possessed a personal computer and had owned it for approximately a year. In another post, Walker indicated he had an Android device. Review of the Beavercreek Police Department body worn camera footage showed the individual believed to be Walker had possession of, what appeared to be, a computer or gaming system.

50. Access to, and use of, Blackpill and Discord requires the use of a device capable of accessing the internet, such as a computer or cellular telephone.

51. On or about February 18, 2022, Witness-3 confirmed Bourne, Callender, and Walker were still residing in Room #247.

14

52.     On or about February 19, 2022, the FBI executed a federal search warrant, *see* 3:22-MJ-069, for Room #247 at Studio 6 Miamisburg, located at 8101 N Springboro Pike, Miamisburg, OH 45342.  During the execution of the search warrant, the FBI encountered Walker, Bourne, and Callender.  In sum and substance, during the interview of Walker he admitted he was "Ismail Ax" on Blackpill.  He further admitted he had made the statements, as outlined below, and his online rhetoric was a way to release his frustrations with his living situation and hardships.  Walker advised he did not intend to harm his mother or anyone else.  Walker was then taken to a local emergency room where he was admitted pursuant to the state of Ohio's emergency admission for mental health evaluation, in accordance with sections 5122.01 and 5122.10 of the Ohio Revised Code.  The FBI seized an HP Pavilion Laptop and a Motorola cellphone as authorized by the search warrant.

53.     Based on the aforementioned, the FBI assesses Briano Walker is the user of Blackpill account @Ismail Ax and the Discord account.

54.     Beginning in July of 2021, law enforcement officials and sources began monitoring statements Walker made on the website Blackpill.club and the messaging application Discord.

55.     On or about October 29, 2021, the FBI submitted preservation request for the Discord account.  On or about March 14, 2022, the FBI submitted another preservation request for the Discord account.  Even if the messages are no longer retain on Ismail Ax/NihilistCorpse's Discord account, their deletion or absence may be evidence of consciousness of guilt.

56.     Several of Walker's statements demonstrated violent intentions towards his mother, Carlene Adelis Bourne.

57.     Walker frequently used parenthetical terms such as "(in Minecraft)," "(in GTA),"[1] "(in Postal 2)," in his statements, which reference video games.  He also referred to "satire" and "satirical threats."  I know, based on my training and experience, that individuals posting threatening and violent rhetoric and/or planning illegal or violent actions have used such phrases as "(in Minecraft)" to discuss illegal subject matters in an attempt to bypass algorithms designed by social media providers or in order to evade law enforcement.  In the same vein, I know, from training and experience, individuals may refer to their posts as "satire" or "art" in an attempt to express violent views and desires without fear of reprisal.  I also know, from training and experience, it is common for individuals to downplay and minimize their violent statements when confronted by law enforcement.

58.     CHS-1 observed multiple postings and engaged in conversations with Walker concerning multiple topics.  The FBI also observed multiple postings by Walker.  Some of the conversations and postings spanned several days and there were breaks in the conversations. The parts of the conversations and the postings listed are not meant to be exhaustive.

*February 13-14, 2022*

59.     On or about February 13, 2022, Walker created a Blackpill thread titled "How looks shape your home life."  His initial post stated:

> If you're ugly, you basically get treated like you're unwanted which is real common with normfag parents. When they make a child, they don't expect it to be grotesque and look like a model instead. Not like it was in the past, where every life managed to count (since mine doesn't, others will not). You could look like fucking John William Rogan and they'd still accept you, but not anymore. Jeremy Meeks/Sean O'Pry only or your basically doomed to a long life of suffering until you break apart… My mother used to

---

[1] "GTA" is a common acronym for the video game Grand Theft Auto.

say to me that if I had any other disabilities (blindness, polio, down syndrome, etc), she actually did explicitly state that she would've disowned me for that. Wasn't even a joke either. She wasn't even provoked, just made a Freudian slip and said things could've been different if I had been born with disabilities, she wouldn't even bother to put in any work and would drop me immediately. I can't imagine how it'd be if I actually had the looks of these two acceptable Chadlites[2], my mother would never do this for me with the looks I got especially as an adult

Walker imbedded a video clip that appeared to be YouTube clip titled "Katie Price Meets Twins with Severe Le…"

60. Walker responded to and made multiple comments in the thread, including but not limited to the following, which are quotes of his statements:

a. Fuck my mother, I want to fucking k*ll her (in GTA)… My fucking situation is so stressful, why the fuck is this my life? I truly want to die, someone needs to send me pistol.

b. Want to fucking die so fucking badly, man… I can't even stress this shit enough. Once I get a gun, it's over. I find it hard to cope anymore.

c. Actually, seems like the plan has been forced back onto me. I can't exactly make normfags' lives a living hell to the extent where it affects them greatly. Regardless, the fuckers are having a better life than me and such. I'd say I'm slighting myself more by being alive and having to see the bullshit in my face. I want NOTHING to do with this crap for any longer, so my plan will not change.

d. Nah, I need Elliot Rodger's[3] passing. I'm tired of this crap and nothing is changing. I fully realize what's happening will continue to happen, I just don't want to be able to see it. If there was a choice of what would make these normfags

---

[2] In incel terminology, a "Chad" is an alpha male with the greatest sexual market value, who can have a sexual relationship with any woman he wants.

[3] On May 23, 2014, Elliot Rodger committed an attack in Santa Barbara, California, which resulted in six fatalities and 14 injuries. Rodger fatally stabbed three individuals in his apartment, then uploaded a video to YouTube titled "Elliot Rodger's Retribution," in which he described his plan of action, his grievance toward women who denied him sexual and romantic attention, and his lengthy manifesto detailing a plan for the mass imprisonment and murder of most women. According to a media report, Rodger then targeted a sorority house near the University of California at Santa Barbara, intending to kill all inside; upon failing to gain access to the building, he fatally shot two nearby women, and injured another. Rodger continued his attack by discharging his firearm through his mobile vehicle's window and striking people with his vehicle, which resulted in one additional fatality and 12 injured. Rodger fatally shot himself after being wounded by police.

more happy, it'd be them rubbing the fact that they're fucking and jiving together in your face while you're still alive. I realize even the dumbest member here could have a pretty decent pass with life, but I'm fucking dealing with a hellish situation here that will be nothing but stress. I ain't missing anything in death, I'd like a valid reason on what you'd be missing if you were to die right now. Whatever happens, I can't get it.

61.     On or about February 14, 2022, another user created a Blackpill thread titled "it's valentine's day." To which Walker commented, "I want it to end right here, but I have none of the materials… I keep being spitted in my face, the reality is sinking in and I'm truly fucking getting fed up of it. I have no choice here."

*October 31, 2021*

62.     On or about October 31, 2021, in the private section of Blackpill, in a thread titled "high iq," Walker made multiple posts, including, but not limited to the following quotes:

    a.   I wish my mother carried a gun arsenal, but she's a liberal who stands by gun control and such or wouldn't have the guts to pull the trigger. The hilarious part is that she thinks I don't need a gun because "I wouldn't have what it takes" to pull the trigger, I enjoy the projection because that's why she's suffering. The same shit she preaches is what actually is about to do her in and I'm all for it at this point, tired of her shit…"

    b.   [In response to another user's post regarding parricide] Makes sense, but I'd have done it a long time ago (in Postal 2) if I wasn't hoping for better numbers. Shit's so common that you wouldn't even be remembered at all. Not like that kid who did a shooting on his whole family and only was remembered for a week or so, then forgotten. Mass-shootings are better for the attention. Might as well not die if there's no attention out of it, that the only thing really… Either way, homicide is absolutely pertinent.

    c.   Normfags are hoping for me to kill myself alone, I could've done it a few months ago but that'd be just giving them what they want. They'll still live on without me, only based way is doing the other way (in GTA) and only the news can prove it if they don't butcher it except they do horrible jobs on it.

*October 2, 2021*

63.     On or about October 2, 2021, Walker initiated a thread titled "My mother's

threatening to put me in an asylum."  Walker posted to the thread multiple times, including but

not limited to the following quotes:

     a.  Jail is an island compared to that place, straight jackets, being force-fed mind
drugs and along with people that's actually mentally insane compared to someone
who only got provoked. My mother doesn't care about me, I wish I could leave
this household. this is truly horrible...How the fuck do I get out of this situation
without having to take a fucking injection? If I take the injection and symptoms
start showing, my demise will start up quicker. is shit really going to have to get
ugly? I'm trying so, so hard to avoid it but it's literally staring at me in the face.
Jesus christ, death's REALLY going to be a possibility here. @Lordgoro, what's
better? Asylum or jail? If the latter is more better, I'm taking the latter. Atleast
you got more free will than those fucked up shelters made by big-time billionaire
fucks trying to keep people as a fucking chia pet, I WILL NOT HAVE IT.

     b.  I ain't supporting this bitch, she better have her own givings because I will not
share mine with her. She doesn't deserve to live off on me. My sister never was
threatened with this type of shit and I know my mother's serious on it as well, this
is what happens when you have a single parent that's also an SJW. If she makes
another threat like that again, i'm acting out of impulse....and then it's over for me
as well. Asylum is worse than jail imo, both places where I'd hate but asylum is
complete torture which I don't even deserve. Shit's getting real serious by the day.
I gotta learn how to get my own place because I'm getting very fed up of this
everyday nonsense.

     c.  That's the thing, my mother doesn't leave things alone. She purposefully goes out
of her way to provoke me and call "victim" out of it and I'm getting tired of it. I
have nowhere else to turn to after this, so I'm basically alone. I refuse to go to an
asylum and it's one or the other. jail or asylum, I pick the jail and If i get asylum,
I'm committing suicide out of quick thinking. It's unfortunate, but hopefully
someone will continue to do what fate put an obstacle in front of me from. Treat
this world like the enemy it is by distancing or attacking.

     d.  So, in tow, I should probably just accept an offer in a gang if possible. Nothing at
all in this position, people don't realize how very so limited things are in life for
non-Chads. My whole existence is a brutal Blackpill that will end tragic.

*Walker Statements Between July 2021 and February 2022*

64.     Walker made numerous additional statements in addition to the above statements which demonstrate violent intentions directed towards his mother and others and his desire and efforts to acquire a firearm.

65.     In or around July 2021, the FBI observed several publicly available Blackpill posts by "Ismail Ax" (hereinafter referred to as "Walker"), including but not limited to:

   a.   A post, posted on or about April 9, 2021, stated, "If I had a gun, I would make both of them bleed out slowly with it and then end it once they're dead (in Postal 2). Imagine seeing these enemies screw and not thinking of putting one between their eyes, jfl."

   b.   Another user posted, on or about May 31, 2021, "My suggestion, something small, easily concealable, but a high caliber.. Mini glock, on something you can cover with your hand.. Plus many backup clips, just in case." To which "Ismail Ax" responded, in part, "I'd need two of those just in case and a pouch for some clips, don't think carrying a duffel bag around makes anything look alright. I keep a rifle in my car and a pistol or two on my person, but it is going to be pricey. Might take a couple months of wageslaving to afford it all and taxes are a bitch, makes me wonder if I should just live in the outdoors to save money…"

   c.   A post, posted in or around July 2021, stated, "My mother suspects I am using her too and I don't give a fuck. It's up to her to smooth waters or make them tense between us, she chooses the latter so she should get fucked over in that case and I'm going to make sure all of my enemies are hurt in that case (in Manhunt)."

   d.   Another user posted, in or around July 2021, "She saw either co or this site and didn't freak out. You are lucky then. Did she recognise ER in your avatar as I imagine that would definitely freak them out." To which Ismail Ax responded, "Yeah, she knows who he is… A mistake on my part, but I bullshitted well enough. All she knows is that i'm simply suicidal and don't give a fuck anymore, she doesn't know the bigger picture."

   e.   A post, posted in or around July 2021 stated, "That's really the curse of my existence, I'm literally Elliot Rodger's reincarnation… There's no mistake about that, I can't see any other differences other than the obvious ones but the mind seems like the same (in minecraft, ofc)"

66. On or about August 6, 2021, CHS-1 observed a response, written by Walker, to another user's Blackpill post. Walker stated, "I actually don't know what else to do. It seems like death is just the only escape, I refuse to be swayed any other way."

67. CHS-1 observed another post, posted on or about August 6, 2021, that stated, in part, "…I'm never supposed to show any type of annoyance according to my mother's rules, yet she wonders why I want to run off all the sudden as she doesn't seem to be caring enough at all and I don't care about others who doesn't seem to give a shit about me. When she grows any older, I'll make her chose on her own blood and the such when it comes time for her needing some help as everytime I've helped her, I've just gotten lectured for not doing it to her standards or barked at by a sheboon dog. Only way to stop all this is by going my own way, but I need to be set before any of that occurs. These normfags[4] can only judge so long until they've felt the pain I've felt and they they'd realize." Later, on or about August 19, 2021, Walker wrote, in part, "I have no clue why I was born with this narcissist sheboon for a mother, but I wonder if taking the JDpill[5] is for the best (in GTA:3)."

68. On or about August 24, 2021, CHS-1 observed a forum on Blackpill titled "ER."[6] The forum contained multiple posts by multiple Blackpill users, including Walker. Following a

---

[4] In incel terminology, a "normie," is a person who has an average social life, participates in sexual activity, and is a consumer of, what incel's consider, "fakestream" media. The term "normfag" is a near-synonym often used in a more derogatory sense.

[5] On August 12, 2021, 22-year-old Jake Davison, shot and killed five people and injured two others before fatally shooting himself in Plymouth, United Kingdom. According to news reporting, Davison was a self-proclaimed incel.

[6] "ER" is a short-hand term, used by Incels, to refer to Elliot Rodger. The combination of the letters "E" and "R" are often capitalized within words by incels, such as "hERo" or "AmERica."

21

post, by another Blackpill user of an image of Adam Lanza,[7] Walker wrote: "You going to lend me the money? Pistol, rifle, or shotgun. Should be alright. Attacking in enclosed spaces is much better (in DOOM)." Then, in response to another user's post saying, "27 victims," Walker wrote: "Of children, attacking adults would've been better. People just do not look up to folks who shoot children, even the ones who are "edgy". It varies, atleast… I say it hurts normfags, so that's all that is needed. JD only killed a kid by accident, it's funny that people thought he directly aimed for a kid "on purpose". In my stance, you're better off pulling a Connor Betts[8] (in Minecraft) if you study the cop routines. A lot of rich Jews where I am."

69. On or about September 9, to on or about September 11, 2021, CHS-1 and Walker engaged in private messaging on Blackpill, which stated, in part:

CHS-1: How do you cope? I am dealing with some shit that's either going to put at the rope or give me a state death sentence. You seem to go through a lot of shit like me and managed to not rope or go ER.

Walker: Roping is out of the question for me, even though I kinda want to in a way…I have plans for the future. And the only reason why I'm still here and haven't flipped my top is because I don't go out that much, I keep away from normfags, and I don't have any weapons. Nothing to incriminate me at all, word of mouth is not literal and can't be taken as such. I believe fate is pushing me for a deadly ending and also not by setting me in such a position where I can't get any equipment to defend myself or something else. Not like ER's position where he could acquire weapons quickly because of his wealthy standing, he could've gone ER at anytime. Not really my ambition, I'd just copemaxx til there's almost nothing left. His wardrobe logs the fuck out of mine.

CHS-1: Shit I feel the same. A part of me wants to just end it but my anger prevents me from doing it. Equipment isn't hard to get ahold of if I wanted to go ER but I

---

[7] On December 14, 2012, Adam Lanza conducted a mass shooting at Sandy Hook Elementary School, killing 27, including his mother at their home. Incels celebrate Lanza's attack due to his mental illness and physical characteristics.

[8] On August 4, 2019, Connor Betts killed nine people, including his sister, and another 26 people were injured or wounded in the Oregon District of Dayton, OH. Betts was fatally wounded by police officers.

think some people would know something is going on. This trip for work has my head not right and the urges to die have grown a lot.

Walker: I live in AmERica, so the only gun I can get right now legally is a rifle but no money to pay for one. I can't bring it into my mother's house because she'll call the cops to confiscate it, what a shame…I wish I could be on my own in life, there's no one there for me anyway

CHS-1: Yeah parents will do that shit, my neighbors view me as a creepy fuck anyway so I am sure if I bought a gun and brought it home this nosey ass food across the hall from me would report it or if something went down in my complex she would immediately think I did it. I have dreamed about going ER on a shit ton of people but when it comes down to idk if could do it yet even though I am constantly pushed to the point. Eventually one day I will break.

Walker: It's not possible for me right now, no money to spare for a weapon and it's risky with my mother being around. Only way to get a weapon is get stabbed with the vax, get a job and try to get the money for two pistols or a rifle and a pistol. While being along to myself.

70.    Between on or about October 1 and on or about October 6, 2021, CHS-1 and

Walker engaged in private messaging on Discord, which stated, in part:

CHS-1: you think you have people looking for you? I think I have been watched by the fedcucks before

Walker: and users would have to leave for their safety either

probably

probably not

but for some reason

i'm not there anymore, but cops would live in the place i was at

i would also see cop cars strolling past everday as well

very sus

CHS-1: That is pretty sus honestly

Walker: evertime i heard a siren, i would immediately go to my window to find out if there's cops parking outside my building which i almost shat myself (metaphorically) when I did see a police SUV parked outside where I lived

thankfully, the cop was just a resident

but it still put me on edge somewhat

23

and because that police SUV wasn't there before

I don't know, but I'm glad I got away from that area

and the area after that

although the previous area seems more likely since i was there for a long while

enough for cops to find me

Nikolas Cruz[9] got reported to the FBI one year before he did his shooting, but he luckily got ignored

Remember someone called William Atchison[10] getting questioned by the FBI due to his posts one year after they were made though

CHS-1: That's weird, I feel there are more people on .club that would be of more FBI attention than you.

Walker: well, my posts don't really sugarcoat stuff

It's enough to want to find me if I posted on .is

CHS-1: true but i feel it will be people who watch gore videos and shit who will most likely have feds at their door

Walker: probably

but I've also shared stuff

off the books

and nothing really to lead back to the forum

which would actually get someone jailed

only if they share it openly

lol

CHS-1: i mean if you found it on surface side of web i doubt it would "illegal"

Walker: gore's legal, so i don't really think those would be bothered

---

[9] On February 14, 2018, Nikolas Cruz killed 17 people and injured 17 others in a shooting at Marjory Stoneman Douglas High School in Parkland, Florida.

[10] On December 7, 2017, William Atchison killed two people in a shooting at Aztec High School, Aztec, New Mexico.

> Yea, you can find gore on open web
>
> CHS-1: you would think it wouldnt be tho lol
>
> Walker: but you can find necrophilia on dark web
>
> and i think that's the illegal part
>
> i saw necrophilia pictures
>
> but the video is hidden behind BTC paywalls

71.     On or about October 9, 2021, CHS-1 observed a post by Walker on Blackpill in which Walker posted to a thread titled "Pedocels need to learn from jews how to wear pedo badge with pride," Walker wrote: "Ephebophilia is not pedophilia. Not even ephebophilia was "pedophilia", wish people would understand the difference. Here's proof of this world's hypocrisy and it's not CP, just what was legal from before-hand and shows this modern world's hypocrisy: [Walker provided a specific URL] (use with Tor.)"

72.     Between on or about October 12 and on or about October 13, 2021, CHS-1 and Walker engaged in private messaging on Discord, which stated, in part:

> CHS-1: I am probably going to get fired after this lol
>
> Walker: i could never keep one of those shitty jobs anyway
>
> everytime it's a foid[11] boss, you know there's going to be problems
>
> CHS-1: she gets under my skin so bad . when the time comes and I do eventually go ER it will be because of this bitch
>
> Walker: hopefully, you let her bleed out before shooting her in the head
>
> CHS-1: Yeah I don't know if I will let her die that easy honestly
>
> slow and painful

---

[11] The term "femoid," or the contracted version "foid," is a derogatory term used in the incel community to refer to a woman.

Walker: kinda want to stab a knife into my mother's neck while she sleeps

    lol

    atleast you can kill a bitch by stabbing her in the neck

CHS-1: true or going full ISIS on her lol

Walker: no guns or hatchets

    knives are only in place

    prison can't be that bad

    more solitude than what I get right now

    tired

CHS-1: idk prison isnt great but neither is a mental asylum

Walker: mental asylum's worse

    you would get prison for killing and not a mental institution

    unless you showed signs of unstability

    which i can manipulate to an extent

    like i'm calm all of a sudden and can flip very easily if I get something I dislike

    like yesterday, I physically punched a bus-stop with force while there were foids and people around

    I didn't even care anymore

    because I saw shit that I didn't have and I have to be the one walking on foot

    while not only do the people get what I desire, they don't have to walk

    of course, I got stares from doing so and I just overlooked it

    a red mist clouded me

    my life is justified if anyone else was in my shoes

CHS-1: punching a bus stop? shit im surprised they didnt call the fucking cops lol if it would have been me I would have been arrested.

Walker: actually, the foid near me tried hard not to notice

    but I could even see her flinch a bit when I did

    just a heat of the moment thing

CHS-1: shit seeing the fear in the womans eyes would have fired me up honestly

Walker: no one was expecting it

     i only stopped by one punch

     didn't want to actually provoke the cops into coming

     it was actually a sign that I was slipping

     that I was getting tired of the shit

     the fact that I completely was in a red mist that I didn't care if people viewed me as "unstable" or "crazy"

     I can tell they saw me as "crazy" but I was wrapped up in my own rage

CHS-1: I think thats how people like ER and JD finally went off. They just stopped fucking caring and did it

Walker: i'm starting to slip so much that as soon as i went home, i went onto a gunshop

     website

     for some reason, my area's guns are priced retardedly

     and what i've noticed is there's not much people that actually use them

CHS-1: how old do you have to be where you are to own one?

Walker: 18 for shotgun and rifle, 21 for handgun

     i can get the rifle/shotgun now

     and with some wageslaving, it's doable

     the semi-rifles cost about 600 dollars to 700

CHS-1: damn that is fucking crazy

     where i am they are not that much

Walker: shotgun is a bit of an highway robbery, but it's possible

     the shotguns cost up to 400

     which is definitely a rob

     but if you have nothing else to lose

     what's the difference

     definitely not something to use for strict home-defense

could get a shotgun for 200 bucks

or a rifle for 500/400

it's because my dead-end are is why the prices are jacked up

probably why there's not much people who has guns here

CHS-1: about 200-300 here

Walker: but it's more good for someone who wants to go ER

Yeah, they're pretty cheap in bigger areas

Because more people will buy them

from what I see, only 90 people has weapons as far as i can tell

which is not much considering the population

CHS-1: i have thought about buying a few but havent yet .

Walker: i want to, but no money

and because the people around me will report it

and get it confiscated

CHS-1: your mother let you have one?

Walker: no

she gives signs that she don't want guns in the household

and knowing my mental state, obviously she'll report me

would rather everything keep hush-hush

CHS-1: yeah i feel like if i loaded up my neighbor would report me too.

Walker: no problems with neighbors

CHS-1: she has overheard several blackpilled convos of mine to family members

Walker: damn

then kill her in that case with a silencer

CHS-1: lmao

she is 19 and lives across from me with her friend lol they both are probably scared of me already anyway

Walker: lol

28

tbh, there's no way that she'd know you have a gun

just use it at a range

i wouldn't shoot in the backyard unless I live in rural

Dylann Roof[12] only got away with it because he lives in the South

another reason why I don't have a BB gun

CHS-1: Yeah true, in the south people dont fear random shooting especially if you live in the country

Walker: yea

if I go back to rural, i could train without using a range

but range is the only thing for training if in the city

CHS-1: shit you got me thinking about buying some now lol

Walker: ngl

i believe it's suited for protection at first

i seem to have people coming for me

or what my peers suspect

CHS-1: what you mean? feds or just people in general?

73.     On or about October 18, 2021, CHS-1 and Walker engaged in private messaging on Discord, which stated, in part:

CHS-1: what would you want to be doing with your life man?

Walker: tbh, my folks treated her better

in my current area, same dead-end job

literally researching the nearest gun shop

and yeah….

seems like a sad way to end the story, but that's how it is

─────────────────

[12] On June 17, 2015, Dylann Roof killed nine and injured one in a shooting at the Emanuel African Methodist Episcopal Church in Charleston, South Carolina.

CHS-1: i feel that.. the way shit is going at work im getting there myself

Walker: the guns in my area are hilariously stupidly priced

     but there's not much people who own them as well

CHS-1 and Walker continued, later in the same conversation:

CHS-1: yeah.. but it takes almost a sadistic serial killer mentality to wanted to be a funeral home worker

Walker: something to kinda shake you up

     usually, the ones who take those jobs likes fondling the foid dead bodies and such

CHS-1: when i think of funeral home works i always see the dude from final destination haha

Walker: lol

     to be a morgue worker would be kinda cool, ngl

     actually feeling up the foids' dead bodies and such

     even saw a pic where one even came on a foids' dead body

     jfl

     and the normfags actually seethed at that as well

     calling it "rape"

     such BS

     bunch of cucks

74.    On or about October 28, 2021, in response to a thread, started by CHS-1 titled "The Story of Why I was Written Up Last Night at Work..," Walker posted, in part: "If I went to jail, I'd just be pass af and hope no one wants to trouble me. Just make a shank out of hidden plastic utensils and even if you get caught, all they can do is remove you from gen pop which is for the better compared to being in it. Might as well be a pain in the ass, so they send you where no one is there. Basically challenging fate like this: [Walker imbedded what appeared to be a YouTube clip of the movie *Shawshank Redemption*] Also, I believe ER would just be like Nikolas Cruz. Probably emotional during his interrogation, but getting used to the whole thing

within some years but still harboring hatred. If ER was actually alive, I would actually give him a conjugal visit and reveal how much his story touches in relatability. Gotta be the most related person and is sadly dead. I'm basically 85% to 90% similar to Elliot Rodger, eerily."

75.     In or around October 2021, Walker created a thread on Blackpill titled "Anyone else feel like a lost cause?" There were multiple posts from multiple Blackpill users.  In one post, in which Walker was responding to another user, Walker stated, "It's suprising how easy it is to get a firearm, my mother's starting to give up on me as well and I'll be alone to work a dead-end job 24/7. Never going to be my reality. Gonna be over and I will not be alone (in Saints Row 1).

76.     On or about October 31, 2021, CHS-1 was granted access to a private section of Blackpill by the forum owner.  This section was available only to Blackpill members in good standing and only the forum owner could grant access.  Based on a review of the forum, CHS-1 believed Walker had had access to the private section since at least on or about October 24, 2020.  CHS-1 also observed Walker had authored multiple threads, including, but not limited to:

   a. Are older guns better than newer guns? (Posted on February 4, 2021)

   b. I have a feminist in my sights (Posted on January 24, 2021)

   c. My place is an ER's playground (Posted on October 12, 2021)

   d. My mother should have an hitman kill her. (Posted on October 6, 2021)

   e. POV: You are Elliot Rodger (Posted on September 30, 2021)

   f. What would it feel like going ER? (Posted on September 4, 2021)

   g. I'm almost able to acquire a firearm. (Posted on August 28, 2021)

   h. I have been found out? (Posted on August 19, 2021)

   i. Bloodshed seems more and more likely by the day (Posted on July 23, 2021)

   j. Would you do bad things if you had the power to erase them? (Posted on May 3, 2021)

77.     In or around December 2021, law enforcement observed Walker posting on Blackpill, "Relatable, hope my mom dies for real."  Law enforcement also noted Walker's signature block on his posts contained the phrase, "*For FBIcels, take a gander at this disclaimer before jumping to conclusions on what "I might and might not do".*"  The word "disclaimer" contained a link which, when accessed by law enforcement, resolved to the main page of Blackpill.

78.     On or about January 19, 2022, Walker commented on a Blackpill thread, titled "To those that harp on about "free speech," there's no such thing as free speech," stating, "If someone was going to find me, they would have already found me. Look how much times I've made satire threats, yet nothing happens to the forum at all. I'm not getting cocky. Compare the time where the site goes down when someone spams CP just to be a dickhead compared to one who just makes satirical ER threats. Even if there is no ban done, the company doesn't care. It's only Reddit who shuts shit down when it gets too controversial for their politically "correct" asses. Just takes insulting a foid and it'd take a subreddit down just the same, so really isn't about what you say but about your agenda motives. Left-wing only, so fuck that crooked cesspool."

79.     On or about January 22, 2022 another Blackpill user created a thread titled, "Nothing can stop the pain."  In the initial post the user thanked @Ismail Ax for helping him realize that "i shouldn't commit suicide no matter how bad it is because you will lose and then the whole soyciety would win, you have to take down these normfags first before you take the cap to your skull."  Walker responded multiple times to the thread, including, but not limited to:

> a.  Glad I could talk you out of something bad, I realize the pain as well and I aint' going to speak some BS that "shit's going to get better" like the Bluepillers who has happiness given to them for some reason 24/7 and that's why they want to die when one minor thing goes wrong in their life. Doesn't matter how better they

have it either. Fuck those ungrateful fucks, I wouldn't even fault an incel for committing suicide ever. I mean, it's disappointing, yes but it's way more understandable compare to these normies' reasons. "Oh shit, Chad or this bitch broke up with me? Well, I really want to die now" – NPC Fucking kek… Truly I'd say k*lling before dying is the best way to say "fuck you" to the world who keeps removing all of the good cards from us (in GTA: Vice City). I don't see my life getting better anyway. If shit goes right, I might become rich in the future but it's not a guarantee and if it was, it'd be a constant barrage of spending just to find something more new. It's a never-ending cycle. I might get some golddiggers finally paying attention, but I will never spend a cent on those soulless cunts like NPCs. I'm just as lost as anyone else, basically… Not like these cuntrags who has people who actually validate their existence compared to tear it down and people better stop fucking with me as well. Grown long and tired too.

b. Assuming it's not just another pysop and Serge was useless to them by then, who knows… Still normies and foids are the enemies here. I wouldn't consider a fellowcel a proven enemy. It'd take one bullet, one gun, normie or incel, I'm taking the normie down (in Russian Roulette: One Life). They're fucking scum.

c. Those fuckers need to be gone from the atmosphere, one dead normie is good enough (in GTA: 3), not going to lie.

80.    On or about January 23, 2022, Walker created a Blackpill thread titled "ELLIOT

RODGER DEBUNKED!" Walker posted multiple times to the thread, including, but not limited

to:

Everything he has done in public is what I'm beginning to do or has already done. Like him, I finally lost it enough that I'm literally beginning to show the same symptoms. Just like Eric and Dylan[13] had Cho[14], I guess I'm that reincarnation. Who knows… Around this time, my life ended as well. He's just me 8 years prior. Plus, all this lore makes his manifesto true in this case (if not a bit exaggerated). Some Leddit Cretin needs to ask for the death pics already, they have better luck somehow.

81.    On or about January 24, 2022, Walker created a Blackpill thread titled

"Unironically, I wish I was this guy."  Walker's initial post included what appeared to be a

YouTube clip titled "NICK GIVING BACK TO HIS FANS PART 1," with Walker writing,

---

[13] On April 20, 1999, Eric Harris and Dylan Klebold killed 13 and wounded 21 others at Columbine High School, Littleton, Colorado.

[14] On April 16, 2007, Seung-Hui Cho killed 32 and wounded 17 at Virginia Tech at Blacksburg, Virginia.

"Having connections to actually k*ll his mother and such to get her inheritance, the only difference it didn't need to happen considering this guy had a more loving mother than I ever did. Didn't have to go down this route, but to have some friends who'd k*ll for only a small split of the money is kinda helpful. Plus, this guy was already an idiot for flaunting it around so suspiciously. Not sure why idiots like these get the connections to do stuff, but always manages to fuck it up compared to one who doesn't get that chance. My mother's only "bad" from text, but she's horrible. Here's the aftermath of what happened to this fool:" Walker then included, what appeared to be a link to www.nydailynews.com article titled: *Aspiring rapper Young QC sentenced to 99 years for paying hitman to kill his mother.* Walker responded to others in the thread, including posting, what appeared to be a YouTube clip from the television show *Breaking Bad*, and stating, "But yeah, these niggers were posers. The only reason why I wish I was this guy is that his friends were hitmans who could take away his problem just like that. He actually could've gotten away with it too as it seems, but he botched his chance like a retard. Clearly never heard of no new cars and vacations until heat dies down. I'm glad I played enough GTA to realize this shit."

82.     On or about January 25, 2022, law enforcement observed Walker had been banned from Blackpill as of January 25, 2022, for a reason unknown to law enforcement. On or about January 26, 2022, law enforcement observed Walker was no longer suspended from Blackpill.

34

83. On or about January 26, 2022, in response to a Blackpill thread regarding Tres Genco,[15] Walker stated, "This is why you don't make direct threats like a retard, I've never done that. I have always made it satirical and I have no guns to prosecute me off of. Even then, shit can only be confiscated. I won't see a day in a jail cell, whatsoever. The feds don't do it with others, they cannot do it with me."

84. On or about January 26, 2022, Walker commented on another user's Blackpill thread regarding an Instagram model's sexual experience with Saudi royalty, stating: "But I got banned for wanting these scum out of the world? Jfl, that's funny to think about…"

85. On or about January 26, 2022, Walker created a Blackpill thread titled: "No one here's poorer than I am." His initial post stated: "I literally had to walk about 25 miles in 7 degree celsius weather. I felt like my body was to fall splayed on the snow-covered sidewalk. Just for fucking grocery shopping. Imagine being that unlucky that even going grocery shopping is stressful like it is for me right now. It's over when you're worse-off than a fucking third-worlder at this point and I ain't even fucking kidding either… I swear, anyone would think to do something drastic if they were filled in my shoes right now. I wish I had that amount of restraint in that case. FUCK." Walker then responded to other users' comments on the threat, stating:

    a. If I was treated better, then I wouldn't need to visit Incelhalla. It's more of an outlet than this crap I'm dealing with right now. Fucking had a terrible day and it really shows how invaluable I am to this world, but I intend to not go easily. My blood's actually boiling when I see the gravity of the situation around me.

    b. Jake Davison is a fakecel, but I still support what he did. If it wasn't Elliot Rodger who started the brigade into what it is, these normcucks would've blamed us for

---

[15] On July 20, 2021, a Grand Jury in the Southern District of Ohio returned a two-count indictment charging Tres Genco with an attempted hate crime, in violation of 18 U.S.C. § 249(a)(2), and possession of a machinegun, in violation of 18 U.S.C. § 922(o). *See 1:21-CR-85*

35

something else. Can't exactly stress this enough. There will be another one of me when I'm gone too, want people to know that.

    c.    Once I finish the story, Incelhalla should be able to accept me by then. I believe 20+ and over to get accepted as a truecel which is unfortunate a bit.

86.    On or about January 26, 2022, Walker made several additional comments on his January 24, 2022 thread, including, but not limited to:

    a.    His mother's running a simple hair salon, that's it… and somehow, that shit earned her 90k in the bank and he got death insurance on top of that with 150k. Wtf. My mother came into the military from being in AmERica and we don't even have the money to fucking live comfortably as I had to walk miles in 20 degrees today with no fucking car, there's always sacrifices to be made with my situation. Either that or she's just purely parsimonious with her funds. This guy had no literal reason to really k*ll his mother, it's not like it was for survival really… My mother's funds would be better spent in my hands anyway. Of course life always profits the idiots, sadly.

    b.    If I had a mother like this, I probably wouldn't be so damn miserable. I had to have a Black mother, yet she behaves like a literal sheboon. This guy's mother strikes me as more of one of those white mothers who actually give a damn about what they produce if they're sharing the same Bluepilled ideas. Again, I got the mother who makes the Black race look even worse than what they portray themselves and I got to suffer for it. Stories like this make me mad, tbh.

87.    On or about January 29, 2022, Walker created a Blackpill thread titled: "murder-suicide for the win." Walker's initial post stated: "yea" followed by an imbedded video, which appeared to be a YouTube clip titled "Budgie – Budgie – 08 –Homicidal Suicidal." Walker made multiple comments in the thread, including, but not limited to:

    a.    Her fatcel husband seemed to bust his ass to pay the bills and then the bitch is just going to divorce him despite his efforts. I hope she felt that bullet before she died from it. Should've instead shot her in the throat.

    b.    In response to another user stating "it would be an honor to help a killcel escape the unjust normies laws," Walker wrote, "The likeliness of that is not possible, but that's why I'm going to places where you'd see Chads/Stacies[16] more or something. Just a hinch. Probably went too far and made this private material, but

---

[16] In incel terminology, a "Stacy" is a woman able to secure sexual intimacy with a "Chad."

oh well. I just don't want idiots criticizing me if and when I make a choice. (in Contra)"

88.     On or about January 31, 2022, another user created a Blackpill thread titled: "The best video games to game over women in." Walker responded, "I like "women" dying. Marc Lepine[17] must've been having fun when he executed foids. Call it "rewiring of the brain" or something, I claim this mindset."

89.     On or about February 1, 2022, another user created a Blackpill thread titled "What has stopped you in going ER in Minecraft?" Walker responded: "No gun access right now. Trust me, even at the age I am, I already know it's over and I could die at anytime really. Holding out till almost 30 or 30 years old is a cope and is also wizard-tier. Imagine dying as a wizard, tbh… Not exactly good. I refuse to pay for sexual relations in which I won't even be able to finish anyway in time. (in Driver: Parallel Lines)."

90.     On or about February 2, 2022, Walker created a Blackpill thread titled: "Jeff Weise."[18] Walker's initial post included an imbedded video of what appeared to be a YouTube clip titled: "The Case of Jeff Weise | Red Lake Tragedy (2021…," and was followed by Walker's comment: "Even before this video aired at all, I was one of the few who knew about Jeff Weise before he finally got more normfags seeing his story a few months ago. I was scrubbing the internet for his online activity back then and because I was curious by how the early 2000's internet functioned anyway, plus I was a avid regular with Newgrounds. It's fucking

---

[17] On December 6, 1989, Marc Lépine killed 14 females and wounded 10 other females and four males at the École Polytechnique de Montréal in Montréal, Quebec, Canada.

[18] On March 21, 2005, Jeffery Weise killed his grandfather and grandfather's girlfriend, then killed 7 more people at Red Lake Senior High School in Red Lake Minnesota.

very strange that he was pretty similar to me and if I was born a decade prior, I guarantee I would've been saying and doing the same similar shit in my early years but more possible it would've been shortly after he died. Like him:

- I am of Native American blood

- I respect the Nazis

- I listen to depressing music (Alice in Chains, Nine Inch Nails and some of Nirvana)

- I did alarming shit in my early days and reflect on my past carnation life before this life which must've been bad if this is how I'm treated since my birth

- I grew up with a mother who didn't give a fuck about him and a father who died middle-aged

- I have two number 8's in my birthday while he had four

- I have posturing and somewhat intimidating height (6'ft)

- Grandfather was involved in the law or military in any way

- Trolled on the internet and alarmed people a bit even back then

- Constantly realizing how over it is for me in my teens and beyond

- Grew up peaceful, but defensive when only provoked or threatened (because of native blood)

- Mother getting into a life-threatening car-accident with another relative (both of my relatives survived)

It really is fucking strange to be honest, factor in what is in this video and most of it reflects on my own life. Pretty insane… Basically an early 2000's version of me. somewhat."

91.     On or about February 5, 2022, another user created a Blackpill thread titled "FBI showed up to my house w state police." Walker made multiple comments to the thread, including, but not limited to:

a.  Give pics or a recording if you got them, I want to see. Don't bail out on stuff dude. If it is legit, then that's why you don't take pictures of the equipment…

38

Never make that mistake. ER kept all that shit under tight-lid and he managed to set out what he wanted to do.

b. In response to another user stating, "Yup and @Ismail Ax hasn't had any FBIcels come to him despite being an edgelord," Walker wrote, "Edgy is the spice of life, I'm willing to go by satire if it means no watchlist time by the FBI. Fuck those cucks… Let's not forget, I used to post on a fresh IP back then because I had no clue of free functioning VPNs and I didn't have any money. Even if that got leaked, I couldn't get traced since I no longer live in the area anymore."

c. In response to another user stating, in part, "Lol, @Ismail Ax is without a doubt the most edgiest poster here. To be honest I'm kind of suprised you never got a visit of all people. Because other users on .CO/.IS haven gotten visits for much more mundane posts. So idk what to think of all this. It seems like just a roll of the dice if this will happen or not. Some people like PersonalityInkwell ER posted all the time and nothing every happened to him." Walker wrote, in part, "It's possible that I claim and actually have right now no ownership of any firearms or any weapons of such sort and because I dodge a bullet joining .co at the last second before I saw .net and joined there instead. Take in account that I was all posting my own unmasked IP because I didn't have any money for a VPN. It's pretty possible that I could have been nabbed by now if I did go through with my mission of joining .co after being fed up of being in normfag spaces all the time. I don't think Vcel was ever a fed, so he couldn't really do anything with my IP anyway due to not having any real connections to the law/FBI. Probably it's luck, who knows… I do more than just this as well on the web, yet I'm still not caught… Probably cause I treaded lightly."

d. I just go in without giving any details that could potentially link back to me. For example, my story is nothing they can go by… It contains no real names, no real places I've been to, family, etc. Probably the only time that shit would get leaked is when I'm already dead and gone. People can do whatever they want with it by then.

e. In response to the other user's description of the law enforcement personnel that interviewed him, Walker wrote, "Fuck, it's over… I wonder if they took anything, you could be in the clear if they didn't take anything but I'd probably distance myself away. Since you're probably in hot water by then, you might as well just go through with it… What's the point, I don't see any damn future in a prison cell whatsoever.

92. On or about February 7, 2022, Walker created a Blackpill thread titled: "holy shit, I want to barbecue some foids right now." In the initial post, Walker wrote, "Woman beater gets instant karma : imatotalpieceofshit (reddit.com) I want to send them back to the hell where they spawned from (in Postal 2). If you see closely, they were ready to beat the guy up when you

39

see they weren't even a mile away from him if you count those seconds they were on the spot. I wish it lead to a foid getting their head cut off, this is what happens when foids are given privilege and this is how they act out when not. Fuck 'em." Walker later commented in the same thread, "I got the same too, I got little to no fucking foreskin. The fucking kikes unfortunately chopped my PP with my liberal mother's consent. They need to die (in Minecraft: Story Mode.)

93.     On or about February 8, 2022, another user created a Blackpill thread titled: "I can't get over the fact that they only way to have sex is for money." Walker commented, "Well there is another way… If you're willing to sacrifice all your freedom for it. Probably you can shag if you choose to go ER (in Dead Rising). Basically out of ideas here, fuck being a betabuxx."

94.     On or about February 8, 2022, Walker created a Blackpill thread titled: "Some guy was knocking on our door." The initial post stated, "Posed himself as a "cop" despite having no badge and tried to gain access by saying he "needed to ask questions" which my mother left him outside and he eventually went away after failing to convince my mother. I ain't sure what was going to happen if my mother had opened our door but I guarantee I wouldn't be posting right now, that's for sure. I'd say this is pretty serious matters when even random people are trying to k*ll me because of my mother's behavior. I can't even cope… It's clear this is all going to end one way. can't exactly have it both ways since fate refuses to play ball." Walker commented multiple additional times in the thread, including, but not limited to:

   a.  Crossbow helps, I might acquire one if I fail to acquire any firearms… It's basically for the short term anyway. I can always worry about long term later. I mean it is beyond me how my mother acts the way she does and no one has bothered to just shoot her in the head and be done with it… They should all be glad she's not their problem, she's truly ERfuel packed into one. Can't really stress it enough.

b. Yeah, but getting into a shootout with a potential cop is not very good. I got plans anyway, one cop shouldn't dictate how that pans out… Plus, I still need to finish my story before I even think of dying unless it begins out of my control.

c. She's afraid of guns or she thinks I might see a red mist one day and use it on her which only happens when she passes herself off as a threat. I don't care what gender someone is or if they're a relative. You're going to k*ll me because of a few words I said to you that you didn't like, then bring it on. She's a snowflake, I've been called all types of shit and it's only what I'm facin gin my life which is literally a gun in my face is what's make me think this way.

d. Played by my mother. It would've went down differently if it was me, I'd shoot a cop before he shot me. If I die, my family can't live their already better lives either. No settlement from my death.

95.     On or about February 9, 2022, Walker created a Blackpill thread titled: "I don't care what anyone says…"  The initial post stated, "If you were commandeered by your own parents for them to pay for your escort services making your self-esteem drop even lower for not being able to have the money to pay for yourself, then it was "till death do us part" over. I guarantee a lot of people would be laughing at me if it were to come to that and it's so fucking annoying, basically… Especially if it's coming from pieces of shit who grew up getting sex from their fucking teenage days that didn't fucking require money in benefit. It really is a fucking bother and it seems like I'm given a deadline on it which I doubt it's actually real and if it is, I will be not only surprised but also torn down from such a thing becoming my life. I ain't being given privilege here neither, more like it's a last-resort thing, so I don't flip out one day and decide to gun people down and then get my folks in hot water (in GTA). 22 is a death sentence begin virgin and it really does threaten your psyche when you hit that peak, mentalcels (like me) can basically equate to that. I don't give a shit anymore.

96.     On or about February 11, 2022, another user created a Blackpill thread titled: "I want to move out so badly."  In one of his comments on the thread, Walker stated, in part, "My mother's the one with the pocket, so I basically have literally no choice if I want to try and

survive to see what pans out in the future. Having to put up with her BS and hopefully, not lose my mind and temper once and for all. She's beginning to strike me as the common normfag enemy as even normfag parents would k*ll their son for not being one of them."

97.     On or about February 13, 2022, Walker created a Blackpill thread titled:  "What else is being done other than using this forum?"  In one of his comments in the thread, Walker stated, "My life was trash back then, but still was tolerable. It's the factor of my parent who seems to have a curse on me that if I break away, then I'd get worse luck than what I got now. Other blacks getting better lives than me, jfl at this fucking retards saying I'm "privileged" just because I'm of "Black blood". Right now, going through some real dysfunctional shit. Can only be glad there's no weapons in our household, the type of situation that leads you to actually k*ll your family, no lie… Going JD, basically (in Red Dead Redemption)."

98.     On or about February 13, 2022, Walker created a Blackpill thread titled:  "Why does my mother have the delusional belief that she was always a "good mother"?"  His initial post stated, "What from I've seen, she did shit to transform me into a blind cuck that doesn't know when someone's actually doing something wrong. Gender or no gender. Since that didn't work, she goes by acting with "strongarm" to intimidate me to no avail." Since when I was a small kid, she was always loud, belligerent and violent. Using me like a sponge for her problems. My sister never went through this shit, but she literally uses me for a fucking tampon once I was about 4 years old. She was a complete bitch, left me in a dangerous school threatening to put me in juvenile to save her own fucking skin, threw me into a wall one time, threw me outside in the night with no pants on, slapped me very hard behind the head and gave me a tick, sheltered me with no regrets, almost punched me in the face at 10 but didn't because of the cops, made light and fun of my suicidal thoughts at 12, tried to get me arrested with cops a few times, among

42

other things… I would say she ain't no good parent in that case, a real emotional cunt who acts

before thinking. It's truly a wonder to me how she made it almost to 50. If I went around

behaving like she did, I'd either be in jail or dead. At that point, the ungrateful cunt shouldn't be

so fucking miserable in that case because she gets away with the shit that would get a man

locked up instead. I am saying from the bottom of my black heart that she dies slow when she

goes, hopefully if not already. Cuntrag pretty much deserves it and I wish she wasn't my mother

and that I wasn't born with her ass. Fucking cruel life this is."  Walker responded to and made

multiple comments in the thread, including but not limited to:

   a.  Yes, I can see so. At this point, she is calmer than what she was in the past.
       Somehow, she didn't have a problem bullying me when I was still a kid but she
       backs off than what she used to in the past. Maybe it's because I have a fighting
       change, though? I never would put hands on her unless she did so herself, that's
       only fair and I don't believe I should be locked up for that. Mother or no mother.
       Not like she slaps people, she literally just punches them with full force. No one
       should have to deal with that shit and the cops can kiss my ass in that case. That's
       what she wants, to set me up and throw me in prison because her endeavors
       failed. It's unfortunate that my sister got better treatment in life just because of
       gender differences, but I will not stand for this shit… I need to get a place of my
       own before things could get ugly, but life keeps fucking me over on shit. I don't
       want to have to be forced to do something that will fuck me over instead, fucking
       world is cruel thoug so maybe it's probably for the fucking best… Such a fucking
       tragedy to be born in a hell-hole for almost 18 years, I can't deal with it at 20.

   b.  And go where? Where can I go? Things get simmered and get heated up again
       and one of the days, it'll get ugly. I'm fucked on all corners, life is bullshit. I got a
       curse on me that won't stop till I am dead, I might as well just make peace with it.

   c.  It's because I question rather than do, she wanted a yes man for a son. She wanted
       my father for his looks, but she also wanted to control him as well. Since that
       didn't work out, she left him. For some reason, she is trying to instead throw me
       in Prison by lying behind her hole if I don't obey every bullshit she says even
       when it's completely nonsensical and also degrade me as well with expecting that
       I don't say anything back. She's a controllable tyrant, she always was in that case.
       She's part of the reason why I am here to begin with or I'd probably not be seeing
       myself as an Incel until I'm near 30 probably. Her bullshit sped up the process, so
       here we are… That's okay, she'll get her eventually y'know.

   d.  I got the wrong set of parents, not even my dad would've been understanding and
       was basically a bully as well. I never was around to see the whole him, though.

Got fucked over big-time compared to these trust-fund pricks out here with parents who give a shit about them. Hate this fucking existence. It needs to end for my sake.

**<u>CONCLUSION</u>**

99.  Based on the information set forth in this affidavit, I submit there is probable cause to believe that contraband, evidence, fruits, and instrumentalities of violations of **Title 18 U.S.C. § 875(c) (Interstate Threats)**, are contained in the Target Accounts, further described in Attachment A.

100.  Based on the foregoing, I request that this Court issue an order authorizing the search of the Target accounts more particularly described in Attachment A, for the items, materials, and records more specifically identified in Attachment B.

//

//

//

//

//

//

//

//

//

//

//

101.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Discord.  Because the warrant will be served on Discord, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

Jennifer Gregory Hall
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on    June 1, 2022                           , 2022

Caroline H. Gentry
United States Magistrate Judge

45

**ATTACHMENT A**

**Property to Be Searched**

This warrant applies to information associated with Discord User ID: 710843828512489593 which is stored at premises owned, maintained, controlled, or operated by Discord, Inc., a company headquartered at 444 De Haro Street, San Francisco, California 94107.

## ATTACHMENT B

### Particular Things to be Seized

**I: Information to be disclosed by Discord**

To the extent the information described in Attachment A is within the possession, custody, or control of Discord, regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any content, messages, records, files, logs or information that has been deleted but is still available to Discord, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on March 14, 2022, Discord is required to disclose the following information to the government for each account or identifier associated listed in Attachment A, for the period of January 1, 2021 to the present or the date the account was terminated by Discord;

1. Any and all subscriber data for Target Accounts including all usernames and tag numbers, first and last name, contact information and email address, any social network services and integration with Discord, profile or background photographs), transient VoIP data, device information, account creation information, IP address logs, and registration information (birth date, email address, and IP address);

2. All contact and personal identifying information, including, but not limited to full name, user identification number, date of birth, gender, contact email address, Discord password, Discord security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, IP addresses, and other personal identifiers.

47

3. Any and all content from the transactional chat log, chat platform log, roster log, abuse reports, content ID data, and email events sent or received by this user, which have not been deleted from Discord servers;

4. Any and all photographs or videos sent or received by this user, including from both individual and group chats, which have not been deleted from Discord servers;

5. Any and all location data relating to this user available on Discord servers;

6. All records or other subscriber information related to this user stored on Discord servers, including, but not limited to, account creation date, account access information with IP logs and timestamps, email address(es), date of birth, associated mobile number, and mobile device information;

**II: Information to be seized by the Government**

All information described above in Section I, including correspondence, records, documents, photographs, videos, chat logs, and electronic messages that constitutes fruits, evidence and instrumentalities of violations of **Title 18 U.S.C. § 875(c) (Interstate Threats),** including, for each account or identifier listed on Attachment A, information pertaining to the following matters, including attempting and conspiring to engage in the following matters:

1. Evidence indicating Walker's attempts to purchase or acquire a firearm, and/or records indicating Walker's access to or control of a firearm.

2. Evidence indicating any threats to injure the person of another as well as any materials evincing an intent to carry out such a threat.

48

3. Credit card and other financial information including but not limited to bills and payment records;

4. Evidence of the identity of the individual(s) who used, owned, or controlled the account or identifier listed on Attachment A;

5. Evidence of the times the account or identifier listed on Attachment A was used;

6. Passwords and encryption keys, and other access information that may be necessary to access the account or identifier listed on Attachment A and other associated accounts;

7. Evidence indicating how and when the account was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the account user;

8. Evidence Walker had access to or use of the account during the relevant time frame;

9. Evidence indicating the account user's state of mind as it relates to the crime under investigation;

10. Evidence indicating the account user sought information related to firearms or the purchase/acquisition of firearms or information related to other weapons or the purchase/acquisition of other weapons;

11. Evidence indicating any threats to injure the person of another as well as any materials evincing as intent to carry out such a threat contained on the account;

12. Evidence of the times the account was logged into and/or utilized;

13. Contextual information necessary to understand the evidence described in this attachment.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Discord, Inc., and my title is

_____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Discord, Inc. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a.     all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Discord, Inc., and they were made by Discord, Inc. as a regular practice; and

b.     such records were generated by Discord, Inc.'s electronic process or system that produces an accurate result, to wit:

1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Discord, Inc. in a manner to ensure that they are true duplicates of the original records; and

2. The process or system is regularly verified by Discord, Inc. and at all times pertinent to the records certified here the process and system functioned properly and normally.

51

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____
Date                           Signature