FILED
RICHARD W. NAGEL
CLERK OF COURT
8/4/2022
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 3:22-mj-177 | Date and time warrant executed: | Copy of warrant and ~~inventory left with~~: Discord |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

Digital/electronic files reference

Discord UID 710843828512489593

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/2/2022

_Jennifer Gregory Hall_
Executing officer's signature

SA Jennifer Gregory Hall
Printed name and title